UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRY PENTON,
49 Laffin Lane
Poughkeepsie, NY 12603

                        Plaintiff,      :    07- CV - 8596 (SCR)

-against-

OS RESTAURANT SERVICES, INC.   :    **MOTION TO ADMIT**
2202 N. West Shore Blvd., Ste. 500  :    **MARQUIS W. HEILIG**
Tampa, FL 33607                       :    <u>**PRO HAC VICE**</u>

                        Defendant.
--------------------------------------------------------------x

*[Handwritten: Fee paid $25⁰⁰ # 633741]*

*[Stamp: 2008 JAN-02 A 10:54, S.D. OF N.Y. W.P., FILED U.S. DISTRICT COURT]*

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and upon the affirmation of Alice B. Stock, I, Alice B. Stock, Esq., a member of the law firm of Lowenstein Sandler PC and a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of

        MARQUIS W. HEILIG
        Florida Bar No.: 0029007
        Law Offices Thompson, Sizemore & Gonzalez, P.A.
        One Tampa City Center
        201 N. Franklin Street, Suite 1600
        Post Office Box 639
        Tampa, Florida 33601
        Tel.:  813-273-0050
        Fax:  813-273-0072
        Email: mheilig@tsg-law.com

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]*

       Marquis W. Heilig, Esq., is a member in good standing of the Bar of the State of Florida, admitted September 29, 2006; the United States District Court for the Middle District of Florida, admitted December 8, 2006; and the United States District Court for the Southern District of Florida, admitted October 19, 2007. There are no pending disciplinary proceedings

21225/2
12/28/2007 4129609.1

-2-

against Marquis W. Heilig in any State or federal court. Copies of Marquis W. Heilig's certificate of good standing from The Florida Bar and the United States District Court for the Middle District of Florida are annexed hereto.

Dated: December 28, 2007
      New York, New York

                          Respectfully submitted,

                         LOWENSTEIN SANDLER PC

                         */s/ Alice B. Stock*
                         Alice B. Stock (AS-6935)
                         Attorneys for Defendant
                         OS Restaurant Services, Inc.
                         1251 Avenue of the Americas
                         New York, New York 10020
                         Tel.: 646-414-6886
                         Fax: 973-422-6891
                         astock@lowenstein.com



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

                  In Re:    29007
                                Marquis W. Heilig
                                Thompson, Sizemore & Gonzalez, P.A.
                                201 N. Franklin St., Ste. 1600
                                Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 29, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 20th day of December, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvth60c:R10

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court

Middle District of Florida

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

MARQUIS W. HEILIG, Bar No. #0029007, was duly

admitted to practice in this court on December 8, 2006, and is

in good standing as a member of the Bar of this Court.

Dated at Tampa, Florida on December 17, 2007

SHERYL L. LOESCH, CLERK

*Rebecca J Hockett*
Deputy Clerk

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| TERRY PENTON,<br>49 Laffin Lane<br>Poughkeepsie, NY 12603<br><br>                     Plaintiff,<br><br>-against-<br><br>OS RESTAURANT SERVICES, INC.<br>2202 N. West Shore Blvd., Ste. 500<br>Tampa, FL 33607<br><br>                     Defendant. | 07 - CV - 8596 (SCR)<br><br>**AFFIRMATION OF ALICE B.<br>STOCK, ESQ., IN SUPPORT OF<br>MOTION TO ADMIT<br><u>COUNSEL PRO HAC VICE</u>** |

-----------------------------------------------------------------x

      I, ALICE B. STOCK, ESQ., of full age, do hereby declare:

      1.      I am a member of the Bar of this Court and the law firm of Lowenstein Sandler PC, the attorneys for Defendant OS Restaurant Services, Inc. ("OS Restaurant") in the above captioned action. I am familiar with the proceedings in this case. I make this affirmation based on my personal knowledge of the facts set forth herein and in support of OS Restaurant's motion to admit Marquis W. Heilig as counsel *pro hac vice* to represent OS Restaurant in this matter.

      2.      I am a member in good standing of the bar of the State of New York, admitted in March 1987. I am also a member in good standing of the bars of the United States Court of Appeals for the Second Circuit, admitted in April 1994 and the United States District Court for the Eastern District of New York, admitted in September 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, admitted in September 1987, and am in good standing with this Court.

      3.      I have known Marquis W. Heilig since November 2007.

      4.      Marquis W. Heilig is an associate at the Law Office of Thompson, Sizemore & Gonzalez, P.A., and practices law in Tampa, Florida.

5.    I have found Marquis W. Heilig to be a skilled attorney and a person of integrity. He is experienced in practice before federal courts and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Marquis W. Heilig, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Marquis W. Heilig, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Marquis W. Heilig, Esq., *pro hac vice*, to represent OS Restaurant in the above captioned action, be granted.

ALICE B. STOCK, ESQ., hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:  December 28, 2007
        New York, New York

                                            _____
                                            Alice B. Stock
                                            (AS-6935)

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TERRY PENTON,                                : 07 - CV - 8596 (SCR)
49 Laffin Lane                               :
Poughkeepsie, NY 12603                       :
                Plaintiff, :
                            : **ORDER FOR ADMISSION**
   -against-                                : **PRO HAC VICE OF**
                            : **MARQUIS W. HEILIG ON**
OS RESTAURANT SERVICES, INC.                 : **WRITTEN MOTION**
2202 N. West Shore Blvd., Ste. 500           :
Tampa, FL 33607                              :
                            :
                Defendant. :
------------------------------------------------------------------x

Upon the motion of Alice B. Stock, Esq., a member of the law firm of Lowenstein Sandler PC, attorneys for Defendant OS Restaurant Services, Inc. ("OS Restaurant"), and the accompanying Affirmation of Alice B. Stock in Support of the Motion to Admit Marquis W. Heilig *Pro Hac Vice*;

**IT IS HEREBY ORDERED** that:

MARQUIS W. HEILIG
Florida Bar No.: 0029007
Law Offices Thompson, Sizemore & Gonzalez, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 1600
Post Office Box 639
Tampa, Florida 33601
Tel.: 813-273-0050
Fax: 813-273-0072
Email: mheilig@tsg-law.com

is admitted to practice *pro hac vice* as counsel for OS Restaurant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

21225/2
12/28/2007 4129649.1

-2-

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____

                                                 _____
                                               Hon. Stephen C. Robinson
                                               United States District Judge

ATTORNEY'S SERVICE AFFIRMATION

STATE OF NEW YORK       )
                        : ss.:
COUNTY OF NEW YORK   )

      STEPHANIE L. ARANYOS, the undersigned attorney at law admitted to practice in the courts of the State of New York, hereby affirms: that she is over 18 years of age; is not a party to this action; and is a member of the law firm of Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020.

      That on December 28, 2007 she caused to be served the attached

MOTION TO ADMIT
MARQUIS W. HEILIG PRO HAC VICE AND
AFFIRMATION OF ALICE B. STOCK, ESQ. IN SUPPORT

upon the following attorneys at the address below designated by them for that purpose:

      Adam C. Virant, Esq.
      Karpf, Karpf & Virant
      Attorney for Plaintiff
      140 Broadway, 46th Floor
      New York, New York 10005

      Said service was made by depositing a true copy of the attached papers enclosed in a first-class postpaid sealed wrapper, properly addressed to the above-named attorneys, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      STEPHANIE L. ARANYOS declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on December 28, 2007.

                                                  _____
                                                  STEPHANIE L. ARANYOS
                                                        (SA-1657)

1933994 V1