UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TERRY PENTON,                                   :    07 - CV - 8596 (SCR)
49 Laffin Lane                                  :
Poughkeepsie, NY 12603                          :
               Plaintiff,            :
                                     :
   -against-                                   :    **DEFENDANT OS**
                                                :    **RESTAURANT SERVICES.,**
OS RESTAURANT SERVICES, INC.                    :    **INC.'S RULE 7.1**
2202 N. West Shore Blvd., Ste. 500              :    **DISCLSOURE STATEMENT**
Tampa, FL 33607                                 :
                                     :
               Defendant.            :
------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant OS Restaurant Services, Inc. ("Defendant") certifies that Defendant is a wholly owned subsidiary of OSI Restaurant Partners, LLC and that no publicly held corporation owns 10% or more of Defendant's stock.

Dated:  New York, New York
        December 28, 2007

                                                      Respectfully submitted,

                                                      LOWENSTEIN SANDLER PC

                           By:          /s/
                                Alice B. Stock (AS-6935)
                                Attorneys for Defendant
                                OS Restaurant Services Inc.
                                1251 Avenue of the Americas
                                New York, New York  10020
                                Tel: (212) 262-6700
                                Fax: (212) 262-7402

-2-

TO: Adam C. Virant, Esq.
Karpf, Karpf & Virant
Attorneys for Plaintiff
140 Broadway, 46th Floor
New York, New York 10005
(212) 929-6030

-2-

TO: Adam C. Virant, Esq.
Karpf, Karpf & Virant
Attorneys for Plaintiff
140 Broadway, 46th Floor
New York, New York 10005
(212) 929-6030

<u>ATTORNEY'S SERVICE AFFIRMATION</u>

STATE OF NEW YORK     )
                     : ss.:
COUNTY OF NEW YORK  )

      STEPHANIE L. ARANYOS, the undersigned attorney at law admitted to practice in the courts of the State of New York, hereby affirms: that she is over 18 years of age; is not a party to this action; and is a member of the law firm of Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020.

      That on December 28, 2007 she caused to be served the attached

DEFENDANT OS RESTAURANT SERVICES, INC.'S<br>
RULE 7.1 DISCLOSURE STATEMENT

upon the following attorneys at the address below designated by them for that purpose:

        Adam C. Virant, Esq.
        Karpf, Karpf & Virant
        Attorney for Plaintiff
        140 Broadway, 46th Floor
        New York, New York 10005

      Said service was made via electronic case filing system. In addition, said service was made by depositing a true copy of the attached papers enclosed in a first-class postpaid sealed wrapper, properly addressed to the above-named attorneys, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      STEPHANIE L. ARANYOS declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on December 28, 2007.

                                    /s/
                          STEPHANIE L. ARANYOS
                                (SA-1657)

1933994 V1

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 - CV - 8596 (SCR)

TERRY PENTON,
49 Laffin Lane
Poughkeepsie, NY 12603

Plaintiff,

- against-

OS RESTAURANT SERVICES, INC.
2202 N. West Shore Blvd., Ste. 500
Tampa, FL 33607,

Defendant.

---

**DEFENDANT OS RESTAURANT SERVICES, INC.
RULE 7.1 DISCLOSURE STATEMENT**

---

LOWENSTEIN SANDLER PC
*Attorneys at Law*

Attorneys for Defendant
OS Restaurant Services, Inc.

*1251 Avenue of the Americas
New York, New York  10020
Phone - 212.262.6700
Fax - 212.262.7402*

