UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TERRY PENTON,  :
49 Laffin Lane  :
Poughkeepsie, NY 12603  :  07 - CV - 8596 (SCR)
                         Plaintiff,  :
  :
-against-  :
  :  **NOTICE OF APPEARANCE**
OS RESTAURANT SERVICES, INC.  :
2202 N. West Shore Blvd., Ste. 500  :
Tampa, FL 33607  :
  :
  :
                         Defendant.  :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned attorneys, the law firm of Lowenstein Sandler PC, hereby appear in the above-entitled action for Defendant OS Restaurant Services, Inc. and demand that a copy of all papers in this action be served upon Lowenstein Sandler PC at its offices located at 1251 Avenue of the Americas, New York, New York 10020.

Dated:  New York, New York
          December 28, 2007

                                                  Respectfully submitted,

                                                  LOWENSTEIN SANDLER PC

                          By:          /s/
                                 Stephanie L. Aranyos (SA-1657)
                                 Attorneys for Defendant
                                 OS Restaurant Services, Inc.
                                 1251 Avenue of the Americas
                                 New York, New York 10020
                                 Tel: (212) 262-6700
                                 Fax: (212) 262-7402

TO:  Adam C. Virant, Esq.
       Karpf, Karpf & Virant
       Attorney for Plaintiff
       140 Broadway, 46th Floor
       New York, New York 10005
       (212) 929-6030

<u>ATTORNEY'S SERVICE AFFIRMATION</u>

STATE OF NEW YORK       )
                        : ss.:
COUNTY OF NEW YORK   )

       STEPHANIE L. ARANYOS, the undersigned attorney at law admitted to practice in the courts of the State of New York, hereby affirms: that she is over 18 years of age; is not a party to this action; and is a member of the law firm of Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020.

       That on December 28, 2007 she caused to be served the attached

NOTICE OF APPEARANCE

upon the following attorneys at the address below designated by them for that purpose:

> Adam C. Virant, Esq.
> Karpf, Karpf & Virant
> Attorney for Plaintiff
> 140 Broadway, 46th Floor
> New York, New York 10005

       Said service was made via electronic case filing system. In addition, said service was made by depositing a true copy of the attached papers enclosed in a first-class postpaid sealed wrapper, properly addressed to the above-named attorneys, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

       STEPHANIE L. ARANYOS declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on December 28, 2007.

/s/<br>STEPHANIE L. ARANYOS<br>(SA-1657)

1933994 V1

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 - CV - 8596 (SCR)

TERRY PENTON,
49 Laffin Lane
Poughkeepsie, NY 12603

          Plaintiff,

- against-

OS RESTAURANT SERVICES, INC.
2202 N. West Shore Blvd., Ste. 500
Tampa, FL 33607,

          Defendant.

---

**NOTICE OF APPEARANCE**

---

LOWENSTEIN SANDLER PC
*Attorneys at Law*

Attorneys for Defendant
OS Restaurant Services, Inc.

*1251 Avenue of the Americas
New York, New York 10020*
Phone - 212.262.6700
Fax - 212.262.7402

