*Fee paid*
*# 25⁰⁰*
*E 633742*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

TERRY PENTON,                                    :    07 - CV - 8596 (SCR)
49 Laffin Lane                                   :
Poughkeepsie, NY 12603                           :
                          Plaintiff,             :
                                                 :
      -against-                                  :
                                                 :
OS RESTAURANT SERVICES, INC.                     :    **MOTION TO ADMIT**
2202 N. West Shore Blvd., Ste. 500               :    **KEVIN D. JOHNSON**
Tampa, FL 33607                                  :    **PRO HAC VICE**
                                                 :
                                                 :
                                                 :
                          Defendant.             :
-------------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York and upon the annexed affirmation of

Alice B. Stock, I, Alice B. Stock, Esq., a member of the law firm Lowenstein Sandler PC and a

member in good standing of the Bar of this Court, hereby moves for an Order allowing the

admission *pro hac vice* of

> KEVIN D. JOHNSON
> Florida Bar No.: 0013749
> Law Offices Thompson, Sizemore & Gonzalez, P.A.
> One Tampa City Center
> 201 N. Franklin Street, Suite 1600
> Post Office Box 639
> Tampa, Florida 33601
> Tel.: 813-273-0050
> Fax: 813-273-0072
> Email: kjohnson@tsg-law.com

Kevin D. Johnson, Esq., is a member in good standing of the Bar of the State of

Florida, admitted September 26, 1994; the United States District Court for the Middle District of

Florida, admitted January 26, 1995; U.S. District Court for the Northern District of Florida,

admitted December 19, 1997; and the U.S. District Court for Southern District of Florida,

admitted December 19, 1997.  There are no pending disciplinary proceedings against Kevin D.

Johnson in any State or federal court. Copies of Kevin D. Johnson's certificate of good standing

from The Florida Bar and the United States District Court for the Middle District of Florida are

annexed hereto.

Dated:  December 28, 2007
       New York, New York

                          Respectfully submitted,

                          LOWENSTEIN SANDLER PC

                          Alice B. Stock (AS-6935)
                          Attorneys for Defendant
                          OS Restaurant Services, Inc.
                          1251 Avenue of the Americas
                          New York, New York 10020
                          Tel.: 646-414-6886
                          Fax:  973-422-6891
                          astock@lowenstein.com



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.ORG

State of Florida            )

County of Leon            )

In Re:    13749
Kevin David Johnson
Thompson, Sizemore & Gonzalez, P.A.
201 N. Franklin St., Ste. 1600
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 1994.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 20th day of December, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvth60c:R10

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court

## Middle District of Florida

### CERTIFICATE OF
### GOOD STANDING

I, SHERYL L. LOESCH, Clerk of this Court, certify that

KEVIN D. JOHNSON, Bar No. #0013749, was duly admitted

to practice in this court on January 26, 1995, and is in good

standing as a member of the Bar of this Court.

Dated at Tampa, Florida on December 17, 2007

SHERYL L. LOESCH, CLERK

*Rebecca J Hockett*

Deputy Clerk

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

TERRY PENTON,                            :   07 - CV - 8596 (SCR)
49 Laffin Lane                           :
Poughkeepsie, NY 12603                   :
                          Plaintiff,     :   **AFFIRMATION OF ALICE B.**
                                         :   **STOCK, ESQ., IN SUPPORT OF**
      -against-                          :   **MOTION TO ADMIT**
                                         :   **COUNSEL PRO HAC VICE**
OS RESTAURANT SERVICES, INC.             :
2202 N. West Shore Blvd., Ste. 500       :
Tampa, FL 33607                          :
                                         :
                          Defendant.     :

-------------------------------------------------------------------x

I, ALICE B. STOCK, ESQ., of full age, do hereby declare:

1.      I am a member of the Bar of this Court and the law firm of Lowenstein Sandler
PC, the attorneys for Defendant OS Restaurant Services, Inc. ("OS Restaurant") in the above
captioned action.  I am familiar with the proceedings in this case.  I make this affirmation based
on my personal knowledge of the facts set forth herein and in support of OS Restaurant's motion
to admit Kevin D. Johnson as counsel *pro hac vice* to represent OS Restaurant in this matter.

2.      I am a member in good standing of the bar of the State of New York, admitted in
March 1987.  I am also a member in good standing of the bars of the United States Court of
Appeals for the Second Circuit, admitted in April 1994 and the United States District Court for
the Eastern District of New York, admitted in September 1987.  I am also admitted to the bar of
the United States District Court for the Southern District of New York, admitted in September
1987, and am in good standing with this Court.

3.      I have known Kevin D. Johnson since November 2007.

4.      Kevin D. Johnson is a partner in the Law Office of Thompson, Sizemore &
Gonzalez, P.A., and practices law in Tampa, Florida.

5.    I have found Kevin D. Johnson to be a skilled attorney and a person of integrity. He is experienced in practice before federal courts and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move for the admission of Kevin D. Johnson, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Kevin D. Johnson, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kevin D. Johnson, Esq., *pro hac vice*, to represent OS Restaurant in the above captioned action, be granted.

ALICE B. STOCK, ESQ., hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:  December 28, 2007
        New York, New York

Alice B. Stock
(AS - 6935)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

TERRY PENTON,                      :   07 - CV - 8596 (SCR)
49 Laffin Lane                   :
Poughkeepsie, NY 12603      :

              Plaintiff,   :

                          :   **ORDER FOR ADMISSION**
   -against-              :   **PRO HAC VICE OF**
                          :   **KEVIN D. JOHNSON ON**
OS RESTAURANT SERVICES, INC.  :   <u>**WRITTEN MOTION**</u>
2202 N. West Shore Blvd., Ste. 500  :
Tampa, FL 33607            :
                          :
             Defendant.  :
-------------------------------------------------------------x

Upon the motion of Alice B. Stock, Esq., a member of the law firm of Lowenstein

Sandler PC, attorneys for Defendant OS Restaurant Services, Inc. ("OS Restaurant"), and the

accompanying Affirmation of Alice B. Stock in Support of the Motion to Admit Kevin D.

Johnson *Pro Hac Vice*;

        **IT IS HEREBY ORDERED** that:

        KEVIN D. JOHNSON
        Florida Bar No.: 0013749
        Law Offices Thompson, Sizemore & Gonzalez, P.A.
        One Tampa City Center
        201 N. Franklin Street, Suite 1600
        Post Office Box 639
        Tampa, Florida 33601
        Tel.: 813-273-0050
        Fax: 813-273-0072
        Email: kjohnson@tsg-law.com

is admitted to practice *pro hac vice* as counsel for OS Restaurant in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.


Dated: _____


_____
Hon. Stephen C. Robinson
United States District Judge

## ATTORNEY'S SERVICE AFFIRMATION

STATE OF NEW YORK    )
                       : ss.:
COUNTY OF NEW YORK  )

       STEPHANIE L. ARANYOS, the undersigned attorney at law admitted to practice in the courts of the State of New York, hereby affirms: that she is over 18 years of age; is not a party to this action; and is a member of the law firm of Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020.

       That on December 28, 2007 she caused to be served the attached

### MOTION TO ADMIT
### KEVIN D. JOHNSON PRO HAC VICE AND
### AFFIRMATION OF ALICE B. STOCK, ESQ. IN SUPPORT

upon the following attorneys at the address below designated by them for that purpose:

               Adam C. Virant, Esq.
               Karpf, Karpf & Virant
               Attorney for Plaintiff
               140 Broadway, 46th Floor
               New York, New York 10005

       Said service was made by depositing a true copy of the attached papers enclosed in a first-class postpaid sealed wrapper, properly addressed to the above-named attorneys, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

       STEPHANIE L. ARANYOS declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on December 28, 2007.

                             SETPHANIE L. ARANYOS
                                (SA-1657)