UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| TERRY PENTON, <br> 49 Laffin Lane <br> Poughkeepsie, NY 12603 <br>                           Plaintiff, <br><br> -against- <br><br> OS RESTAURANT SERVICES, INC. <br> 2202 N. West Shore Blvd., Ste. 500 <br> Tampa, FL 33607 <br><br>                           Defendant. | 07 - CV - 8596 (SCR) <br><br><br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE OF** <br> **MARQUIS W. HEILIG ON** <br> **<u>WRITTEN MOTION</u>** |

------------------------------------------------------------x

      Upon the motion of Alice B. Stock, Esq., a member of the law firm of Lowenstein Sandler PC, attorneys for Defendant OS Restaurant Services, Inc. ("OS Restaurant"), and the accompanying Affirmation of Alice B. Stock in Support of the Motion to Admit Marquis W. Heilig *Pro Hac Vice*;

      **IT IS HEREBY ORDERED** that:

MARQUIS W. HEILIG
Florida Bar No.: 0029007
Law Offices Thompson, Sizemore & Gonzalez, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 1600
Post Office Box 639
Tampa, Florida 33601
Tel.: 813-273-0050
Fax: 813-273-0072
Email: mheilig@tsg-law.com



is admitted to practice *pro hac vice* as counsel for OS Restaurant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

21225/2
12/28/2007 4129649.1

-2-

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: January 15, 2008
White Plains, NY

_____
Hon. Stephen C. Robinson
United States District Judge