UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TERRY PENTON,                                                    :    07 - CV - 8596 (SCR)
49 Laffin Lane                                                   :
Poughkeepsie, NY 12603                                           :
                                    Plaintiff,                   :
                                                                 :    **ORDER FOR ADMISSION**
          -against-                                              :    **PRO HAC VICE OF**
                                                                 :    **KEVIN D. JOHNSON ON**
OS RESTAURANT SERVICES, INC.                                     :    **WRITTEN MOTION**
2202 N. West Shore Blvd., Ste. 500                               :
Tampa, FL 33607                                                  :
                                                                 :
                                    Defendant.                   :
------------------------------------------------------------------------x

Upon the motion of Alice B. Stock, Esq., a member of the law firm of Lowenstein

Sandler PC, attorneys for Defendant OS Restaurant Services, Inc. ("OS Restaurant"), and the

accompanying Affirmation of Alice B. Stock in Support of the Motion to Admit Kevin D.

Johnson *Pro Hac Vice*;

                        **IT IS HEREBY ORDERED** that:

          KEVIN D. JOHNSON
          Florida Bar No.: 0013749
          Law Offices Thompson, Sizemore & Gonzalez, P.A.
          One Tampa City Center
          201 N. Franklin Street, Suite 1600
          Post Office Box 639
          Tampa, Florida 33601
          Tel.: 813-273-0050
          Fax: 813-273-0072
          Email: kjohnson@tsg-law.com

is admitted to practice *pro hac vice* as counsel for OS Restaurant in the above captioned case in

the United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

21225/2
12/28/2007 4129770.1

-2-

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  Jan. 15, 2008

_____
Hon. Stephen C. Robinson
United States District Judge