IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY PENTON | CASE NO.: 07-8596 |
| Plaintiff, | |
| v. | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| OS RESTAURANT SERVICES, INC | |
| Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Adam C. Virant, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Justin L. Swidler
Karpf, Karpf, and Virant, P.C.
3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
Tel: 215.639.0801
Fax: 215.639.4970
JSwidler@karpf-law.com

Justin L. Swidler is a member in good standing of the Bar of the States of New Jersey and Pennsylvania. There are no pending disciplinary proceedings against Justin L. Swidler in a state or Federal Court.

Dated: May 7, 2008

Respectfully submitted,

KARPF, KARPF & VIRANT, P.C.

Adam C. Virant (AV5429)
140 Broadway, 46th Floor
New York, NY 10005

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TERRY PENTON | : | |
| | : | CASE NO. 07-8596 |
| Plaintiff, | : | |
| | : | AFFIDAVIT OF |
| v. | : | ADAM C. VIRANT |
| | : | IN SUPPORT OF MOTION |
| OS RESTAURANT SERVICES, INC. | : | TO ADMIT COUNSEL PRO |
| | : | HAC VICE |
| Defendant. | : | |

State of Pennsylvania )
                      ) ss:
County of Bucks       )

Adam C. Virant, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Karpf, Karpf and Virant and counsel for Plaintiff in the above-referenced matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Justin L. Swidler as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

3. I have known Justin L. Swidler since May of 2007.

4. Justin L. Swidler is an Associate attorney with Karpf, Karpf and Virant.

5. I have found Mr. Swidler to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Justin L. Swidler, pro hac vice.

7. A Certificate of Good Standing issued to Mr. Swidler by the Pennsylvania Bar is attached hereto as Exhibit A.

8. I respectfully submit a proposed order granting the admission of Justin L. Swidler, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Justin L. Swidler, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: May 7, 2008

Respectfully submitted,

KARPF, KARPF & VIRANT, P.C.

_____
Adam C. Virant (AV5429)
140 Broadway, 46th Floor
New York, NY 10005

Sworn and subscribe before me
on this ___7___ day of
_____May_____, 2008

_____
NOTARY PUBLIC

NOTARIAL SEAL
KRISTIN L SUTHERLAND
Notary Public
BENSALEM TWP, BUCKS COUNTY
My Commission Expires Jan 7, 2012