# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY PENTON | CASE NO. 07-8596 (SCR) |
| Plaintiff, | |
| v. | ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |
| OS RESTAURANT SERVICES, INC. | |
| Defendant. | |

Upon the motion of Adam C. Virant, attorney for Terry Penton, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

> Justin L. Swidler
> Karpf, Karpf and Virant, P.C.
> 3070 Bristol Pike
> Building 2, Suite 231
> Bensalem, PA 19020

is admitted to practice *pro hac vice* as counsel for Plaintiff, Terry Penton, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to The Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF Password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 20, 2008
White Plains, NY

SO ORDERED.

_____
Hon. Stephen C. Robinson, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: